UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>TERRORIST ATTACKS ON<br>SEPTEMBER 11, 2001 | 03-MDL-1570 (GBD)(SN)<br><br>Civil Docket Number: _____<br><br>**SAUDI ARABIA SHORT FORM<br>COMPLAINT AND DEMAND<br>FOR TRIAL BY JURY** |

Jack Zelmanowitz, individually, as surviving sibling of Abraham Zelmanowitz

Jack Zelmanowitz, as the Personal Representative of the Estate of Abraham Zelmanowitz, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Abraham Zelmanowitz

BNY Mellon, as the Personal Representative of the Estate of Martin Morales Zempoaltecatl, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Martin Morales Zempoaltecatl

Julia Morales Zempoaltecatl, individually, as surviving sibling of Martin Morales Zempoaltecatl

Maria P.M. Zempoaltecatl Cortez, individually, as surviving parent of Martin Morales Zempoaltecatl

Benjamin Morales Zempoaltecatl, individually, as surviving sibling of Martin Morales Zempoaltecatl

Jose Morales Zempoaltecatl, individually, as surviving sibling of Martin Morales Zempoaltecatl

Delfino Morales Zempoaltecatl, individually, as surviving sibling of Martin Morales Zempoaltecatl

Eusebio Morales Zempoaltecatl, individually, as surviving sibling of Martin Morales Zempoaltecatl

Glafira Morales Zempoaltecatl, individually, as surviving sibling of Martin Morales Zempoaltecatl

Gonzalo Morales, individually, as surviving sibling of Martin Morales Zempoaltecatl

Debra Zeplin, individually, as surviving spouse of Marc Scott Zeplin

Debra Zeplin, as the Personal Representative of the Estate of Marc Scott Zeplin, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Marc Scott Zeplin

Ethan Gabriel Zeplin, individually, as surviving child of Marc Scott Zeplin

Ryan Harris Zeplin, individually, as surviving child of Marc Scott Zeplin

Daryl Gabriel, individually, as surviving child of Benilda Domingo

Jessica K. Kostaris, individually, as surviving child of Bruce Gary

Richard Gary, individually, as surviving child of Bruce Gary

Kristen C. Graf, individually, as surviving child of Edwin John Graf III

Tyler W. Graf, individually, as surviving child of Edwin J. Graf, III

Wesley J. Graf, individually, as surviving child of Edwin J. Graf, III

Andrew McMahon, individually, as surviving sibling of  Robert D. McMahon

Damon McMahon, individually, as surviving sibling of  Robert D. McMahon

Constance Muldowney, individually, as surviving

3

spouse of Richard Muldowney

Constance Muldowney, as the Personal Representative of the Estate of Richard Muldowney, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Richard Muldowney

John Muldowney, individually, as surviving child of Richard Muldowney

Constance Muldowney as Personal Representative of the Estate of Kathryn Muldowney, deceased, the late child of Richard Muldowney

Thomas F. Owens, individually, as surviving sibling of Peter Owens

John Owens, individually, as surviving sibling of Peter Owens

Terence Owens, individually, as surviving sibling of Peter Owens

Kevin Owens, individually, as surviving sibling of Peter Owens

Susan G. Rescorla, individually, as surviving spouse of Richard C. Rescorla

Susan G. Rescorla, as the Personal Representative of the Estate of Richard C. Rescorla, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Richard C. Rescorla

Trevor S. Rescorla, individually, as surviving child of Richard C. Rescorla

Kimberly J. Rescorla, individually, as surviving child of Richard C. Rescorla

Andrew Soulas, individually, as surviving child of Timothy Soulas

Christopher Soulas, individually, as surviving

3

> child of Timothy Soulas
>
> Matthew Soulas, individually, as surviving child of Timothy Soulas
>
> Timothy Soulas Jr., individually, as surviving child of Timothy Soulas
>
> Katherine Soulas, individually, as surviving spouse of Timothy Soulas
>
> Katherine Soulas, as the Personal Representative of the Estate of Timothy Soulas, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Timothy Soulas
>
> Katherine Soulas, as Natural Guardian of DRS, a minor, as surviving child of Timothy Soulas
>
> Aaron Straub, individually, as surviving child of Edward Straub
>
>                                    Plaintiffs,
>
>      -against-
>
> Kingdom of Saudi Arabia,
>
>                                    Defendant.

Plaintiffs named herein by and through the undersigned counsel file this Short Form Complaint against Defendant, the Kingdom of Saudi Arabia, arising out of the September 11, 2001 terrorist attacks ("September 11, 2001 Terrorist Attacks"), as permitted and approved by the Court's Order of June 10, 2018, ECF No. 2018. Each Plaintiff incorporates by reference the specific allegations, as indicated below, of the Consolidated Amended Complaint as to the Kingdom of Saudi Arabia, ECF No. 3463.

      Upon filing this Saudi Arabia Short Form Complaint, each Plaintiff is deemed to have adopted all factual and jurisdictional allegations of the complaint that has been joined as

4

specified below; all prior filings in connection with that complaint; and all prior Orders and rulings of the Court in connection with that complaint.

## VENUE

1. Venue in this district is proper pursuant to 28 U.S.C. §§ 1391(b)(2) and 1391(f)(1), as a substantial part of the events giving rise to the claims asserted herein occurred in this district. Venue is also proper in this district pursuant to 18 U.S.C. § 2334(a).

## JURISDICTION

2. Jurisdiction is premised on the grounds set forth in the complaints specified below, and further, jurisdiction of this Saudi Arabia Short Form Complaint is premised upon and applicable to all defendants in this action:

- ☑ 28 U.S.C. § 1605(a)(5) (non-commercial tort exception)
- ☑ 28 U.S.C. § 1605B (Justice Against Sponsors of Terrorism Act)
- ☑ 28 U.S.C. § 1330 (actions against foreign states)
- ☐ Other (set forth below the basis of any additional ground for jurisdiction and plead such in sufficient detail as per the FRCP): _____

## CAUSES OF ACTION

3. Each Plaintiff hereby adopts and incorporates herein by reference the following factual allegations, jurisdictional allegations, and jury trial demand in the following complaint **[check only one complaint]** and the following causes of action set forth in that complaint:

- ☑ **Consolidated Amended Complaint as to the Kingdom of Saudi Arabia, ECF No. 3463 (check all causes of action that apply)**
    - ☑ COUNT I – Aiding and Abetting and Conspiring with Al Qaeda to Commit the September 11th Attacks upon the United States in violation of 18 U.S.C. § 2333(d) (JASTA).

- ☑ COUNT II – Aiding and Abetting and Conspiring with Al Qaeda to Commit the September 11th Attacks upon the United States in violation of 18 U.S.C. § 2333(a).

- ☑ COUNT III – Committing Acts of International Terrorism in violation of 18 U.S.C. § 2333.

- ☑ COUNT IV – Wrongful Death.

- ☑ COUNT VI – Alien Tort Claims Act.

- ☑ COUNT VII – Assault and Battery.

- ☑ COUNT VIII – Conspiracy.

- ☑ COUNT IX – Aiding and Abetting.

- ☑ COUNT X – Intentional Infliction of Emotional Distress.

- ☑ COUNT XII – Liability Pursuant to Restatement (Second) of Torts § 317 and Restatement (Third) of Agency § 7.05: Supervising Employees and Agents.

- ☑ COUNT XIII – Liability Pursuant to Restatement (Second) of Torts § 317 and Restatement (Third) of Agency § 7.05: Hiring, Selecting, and Retaining Employees and Agents.

- ☑ COUNT XIV – 18 U.S.C. § 1962(a)–(d) – CIVIL RICO.

- ☐ COUNT XV – Trespass.

- ☑ COUNT XVI – Violations of International Law.

## IDENTIFICATION OF PLAINTIFFS

4.  The following allegations and information are alleged on behalf of each individual who is bringing this claim, as indicated on Appendix 1 to this Saudi Arabia Short Form Complaint, herein referred to as "Plaintiffs."

    a.  The citizenship/nationality of each Plaintiff is indicated at Appendix 1 to this Saudi Arabia Short Form Complaint.

    b.  Plaintiff is entitled to recover damages on the causes of action set forth in this Saudi Arabia Short Form Complaint.

c. As indicated at Appendix 1, Plaintiff (i) is the estate representative of someone who was killed as a result of the September 11, 2001 Terrorist Attacks; (ii) is the surviving immediate family member of someone who was killed as a result of the September 11, 2001 Terrorist Attacks; and/or (iii) suffered physical injuries as a result of the September 11, 2001 Terrorist Attacks.

d. For those plaintiffs with personal injury claims, as indicated in Appendix 1, on or after September 11, 2001, said Plaintiff was present at the Pentagon and/or the World Trade Center site and/or its surroundings and/or lower Manhattan and/or at an area wherein he/she was exposed to toxins as a result of the terrorist attacks and was exposed to toxins from the attacks, and/or was otherwise injured, and/or as otherwise alleged, as stated specifically in Appendix 1.

e. For those plaintiffs with personal injury and/or wrongful death claims, as indicated in Appendix 1, as a direct, proximate and foreseeable result of Defendant's actions or inactions, Plaintiff or his or her decedent suffered bodily injury and/or death, and consequently economic and other losses, including but not limited to pain and suffering, emotional distress, psychological injuries, and loss of enjoyment of life, and/or as described in the Saudi Arabia Short Form Complaint, and/or as otherwise may be specified in subsequent discovery proceedings, and/or as otherwise alleged in Appendix 1.

f. The name, relationship to the injured and/or deceased September 11 victim, residency, citizenship/nationality, and the general nature of the claim for each plaintiff asserting wrongful death and/or solatium claims is listed on the attached Appendix 1, and is incorporated herein as allegations, with all allegations of the related complaints, as specified above, deemed alleged as to each Plaintiff.

## IDENTIFICATION OF THE DEFENDANT

5. The only Defendant named in this Saudi Arabia Short Form Complaint is the Kingdom of Saudi Arabia.

## NO WAIVER OF OTHER CLAIMS

6. By filing this Saudi Arabia Short Form Complaint, Plaintiff(s) is/are not waiving any right to file suit against any other potential defendants or parties.

7. By filing this Saudi Arabia Short Form Complaint, Plaintiff(s) are not opting out of any class that the Court may certify in the future.

## JURY DEMAND

8. Each Plaintiff hereby demands a trial by jury as to the claims in this action.

WHEREFORE, Plaintiffs pray for relief and judgment against Defendant as set forth in this Saudi Arabia Short Form Complaint as appropriate.

Dated: December 31, 2018

                                                Respectfully submitted,

                                                /s/ Jerry S. Goldman
                                                Jerry S. Goldman
                                                Bruce Strong
                                                ANDERSON KILL P.C.
                                                1251 Avenue of the Americas
                                                New York, New York
                                                Telephone: 212-278-1000
                                                jgoldman@andersonkill.com
                                                bstrong@andersonkill.com

                                                *Attorneys for Plaintiffs*

# APPENDIX

Each line below is deemed an allegation, incorporating the allegations, language, and references within the Saudi Arabia Short Form Complaint to which this Appendix 1 is appended and shall be referenced as Allegation 1 of Appendix 1 to the Saudi Arabia Short Form Complaint, Allegation 2 of Appendix 1 to the Saudi Arabia Short Form Complaint, etc.

| | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent[1] | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 | Nature of Claim (wrongful death, solatium, personal injury)[2] |
|---|---|---|---|---|---|---|---|
| 1 | Jack Zelmanowitz | NY | United States | Abraham Zelmanowitz | Sibling | United States | Solatium |
| 2 | Jack Zelmanowitz | NY | United States | Abraham Zelmanowitz | PR | United States | Solatium/ Wrongful Death |
| 3 | BNY Mellon | NY | United States | Martin Morales Zempoaltecatl | PR | United States | Solatium/ Wrongful Death |
| 4 | Julia Morales Zempoaltecatl | Mexico | Mexico | Martin Morales Zempoaltecatl | Sibling | Mexico | Solatium |
| 5 | Maria P.M. Zempoaltecatl Cortez | NY | Mexico | Martin Morales Zempoaltecatl | Parent | Mexico | Solatium |
| 6 | Benjamin Morales Zempoaltecatl | Mexico | Mexico | Martin Morales Zempoaltecatl | Sibling | Mexico | Solatium |
| 7 | Jose Morales Zempoaltecatl | NY | Mexico | Martin Morales Zempoaltecatl | Sibling | Mexico | Solatium |
| 8 | Delfino Morales Zempoaltecatl | Mexico | Mexico | Martin Morales Zempoaltecatl | Sibling | Mexico | Solatium |

---

[1] For those identified as "PR," such claim is made as the Personal Representative of the Decedent's Estate and on behalf of all survivors and all legally entitled beneficiaries and family members of such Decedent as noted in the case caption.

[2] The PRs identified below are bringing solatium claims on behalf of all survivors and all legally entitled beneficiaries and family members of such Decedent as noted in the case caption.

9

|    | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent[1] | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 | Nature of Claim (wrongful death, solatium, personal injury)[2] |
|----|---|---|---|---|---|---|---|
| 9  | Eusebio Morales Zempoaltecatl | NY | Mexico | Martin Morales Zempoaltecatl | Sibling | Mexico | Solatium |
| 10 | Glafira Morales Zempoaltecatl | Mexico | Mexico | Martin Morales Zempoaltecatl | Sibling | Mexico | Solatium |
| 11 | Gonzalo Morales | NY | Mexico | Martin Morales Zempoaltecatl | Sibling | Mexico | Solatium |
| 12 | Debra Zeplin | NY | United States | Marc Scott Zeplin | Spouse | United States | Solatium |
| 13 | Debra Zeplin | NY | United States | Marc Scott Zeplin | PR | United States | Solatium/ Wrongful Death |
| 14 | Ethan Gabriel Zeplin | NY | United States | Marc Scott Zeplin | Child | United States | Solatium |
| 15 | Ryan Harris Zeplin | NY | United States | Marc Scott Zeplin | Child | United States | Solatium |
| 16 | Daryl Gabriel | NY | United States | Benilda Domingo | Child | Philippines | Solatium |
| 17 | Jessica K. Kostaris | NY | United States | Bruce Gary | Child | United States | Solatium |
| 18 | Richard Gary | NY | United States | Bruce Gary | Child | United States | Solatium |
| 19 | Kristen C. Graf | MD | United States | Edwin John Graf III | Child | United States | Solatium |
| 20 | Tyler W. Graf | CA | United States | Edwin J. Graf, III | Child | United States | Solatium |
| 21 | Wesley J. Graf | GA | United States | Edwin J. Graf, III | Child | United States | Solatium |
| 22 | Andrew McMahon | NY | United States | Robert D. McMahon | Sibling | United States | Solatium |
| 23 | Damon McMahon | NY | United States | Robert D. McMahon | Sibling | United States | Solatium |
| 24 | Constance Muldowney | NY | United States | Richard Muldowney | Spouse | United States | Solatium |
| 25 | Constance Muldowney | NY | United States | Richard Muldowney | PR | United States | Solatium/ Wrongful Death |

10

docs-100081943.1

|  | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent[1] | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 | Nature of Claim (wrongful death, solatium, personal injury)[2] |
|---|---|---|---|---|---|---|---|
| 26 | John Muldowney | NY | United States | Richard Muldowney | Child | United States | Solatium |
| 27 | Constance Muldowney as Personal Representative of the Estate of Kathryn Muldowney | NY | United States | Richard Muldowney | Child (Deceased) | United States | Solatium |
| 28 | Thomas F. Owens | NY | United States | Peter Owens | Sibling | United States | Solatium |
| 29 | John Owens | NY | United States | Peter Owens | Sibling | United States | Solatium |
| 30 | Terence Owens | NY | United States | Peter Owens | Sibling | United States | Solatium |
| 31 | Kevin Owens | NY | United States | Peter Owens | Sibling | United States | Solatium |
| 32 | Susan G. Rescorla | NJ | United States | Richard C. Rescorla | Spouse | United States | Solatium |
| 33 | Susan G. Rescorla | NJ | United States | Richard C. Rescorla | PR | United States | Solatium/ Wrongful Death |
| 34 | Trevor S. Rescorla | NJ | United States | Richard C. Rescorla | Child | United States | Solatium |
| 35 | Kimberly J. Rescorla | NJ | United States | Richard C. Rescorla | Child | United States | Solatium |
| 36 | Andrew Soulas | NJ | United States | Timothy Soulas | Child | United States | Solatium |
| 37 | Christopher Soulas | NJ | United States | Timothy Soulas | Child | United States | Solatium |
| 38 | Matthew Soulas | NJ | United States | Timothy Soulas | Child | United States | Solatium |
| 39 | Timothy Soulas Jr. | NJ | United States | Timothy Soulas | Child | United States | Solatium |
| 40 | Katherine Soulas | NJ | United States | Timothy Soulas | Spouse | United States | Solatium |
| 41 | Katherine Soulas | NJ | United States | Timothy Soulas | PR | United States | Solatium/ Wrongful Death |
| 42 | Katherine Soulas as Natural Guardian of DRS | NJ | United States | Timothy Soulas | Child (Minor) | United States | Solatium |
| 43 | Aaron Straub | FL | United States | Edward Straub | Child | United States | Solatium |

11