UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |

This document relates to:

*Lloyd A. Abel, Sr., et al. v. Kingdom of Saudi Arabia*, 1:18-cv-11880 (GBD)(SN)
*Margarite Bonomo, et al. v. Kingdom of Saudi Arabia*, 1:18-cv-11885 (GBD)(SN)
*William Cintron-Lugos a/k/a William Cintron, et al. v. Kingdom of Saudi Arabia*, 1:18-cv-11888 (GBD)(SN)
*David DeConto, et al. v. Kingdom of Saudi Arabia*, 1:18-cv-11904 (GBD)(SN)
*Stephanie E. Lang, et al. v. Kingdom of Saudi Arabia*, 1:18-cv-11926 (GBD)(SN)
*David Gordenstein, et al. v. Kingdom of Saudi Arabia*, 1:18-cv-11941 (GBD)(SN)
*Allison Garger, et al. v. Kingdom of Saudi Arabia*, 1:18-cv-11950 (GBD)(SN)
*Rodney Bush, et al. v. Kingdom of Saudi Arabia*, 1:18-cv-11964 (GBD)(SN)
*Queen Mercer, et al. v. Kingdom of Saudi Arabia*, 1:18-cv-11965 (GBD)(SN)
*Michael Murray, et al. v. Kingdom of Saudi Arabia*, 1:18-cv-11966 (GBD)(SN)
*Mario Perez, et al. v. Kingdom of Saudi Arabia*, 1:18-cv-11967 (GBD)(SN)
*Hopeton Richards, et al. v. Kingdom of Saudi Arabia*, 1:18-cv-11969 (GBD)(SN)
*Deborah Rooney, et al. v. Kingdom of Saudi Arabia*, 1:18-cv-11970 (GBD)(SN)
*Barbara Carroll Spence, et al. v. Kingdom of Saudi Arabia*, 1:18-cv-11971 (GBD)(SN)
*Gordon Aamoth, Sr., et al. v. Kingdom of Saudi Arabia*, 1:18-cv-12270 (GBD)(SN)
*Kristian G. Kincaid, et al. v. Kingdom of Saudi Arabia*, 1:18-cv-12273 (GBD)(SN)
*Michael Stackpole, et al. v. Kingdom of Saudi Arabia*, 1:18-cv-12275 (GBD)(SN)
*Jack Zelmanowitz, et al. v. Kingdom of Saudi Arabia*, 1:18-cv-12381 (GBD)(SN)
*Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq et. al.*, 1:04-cv-01076 (GBD)(SN)

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' motion to permit the substitution of the Personal Representatives of individuals killed as a result of the terrorist attacks on September 11, 2001 and/or individuals who are the Personal Representative for a family member of individuals killed as a result of the terrorist attacks on September 11, 2001; it is hereby

ORDERED that the Plaintiffs' motion is granted, and the individual included in Exhibit A is to be substituted into the noted cases.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 9439.

Dated: New York, New York
 _____, 202\_

                                SO ORDERED:

                                _____
                                GEORGE B. DANIELS
                                UNITED STATES DISTRICT JUDGE

**EXHIBIT A to Motion to Substitute Parties**

|   | Previous Personal Representative: | Case Number: | Substituted Personal Representative: | State of Residency of Substituted Personal Representative at Filing: | Decedent's Name: |
|---|---|---|---|---|---|
| 1. | Edward Ahearn, individually, as surviving parent of (Lt.) Brian G. Ahearn | 1:18-cv-12270 (GBD) (SN) | Robert Langdon, as the Personal Representative of the Estate of Edward Ahearn, deceased, the late parent of (Lt.) Brian G. Ahearn | NY | (Lt.) Brian G. Ahearn |
| 2. | Sadie Reoch, individually, as surviving parent of Arlene T. Babakitis | 1:18-cv-12270 (GBD) (SN) | Evelyn Pettignano and Karen Reoch, as co-Personal Representatives of the Estate of Sadie Reoch, deceased, the late parent of Arlene T. Babakitis | NJ | Arlene T. Babakitis |
| 3. | Patricia Albero (c/o Attorney-in-Fact, Fred Corrado), individually, as surviving parent of Gary Albero | 1:18-cv-11880 (GBD)(SN); 1:04-cv-01076 (GBD)(SN) | Fred Corrado as Personal Representative of the Estate of Patricia Albero, deceased, the late parent of Gary Albero | FL | Gary Albero |
| 4. | Yvette Mell, individually, as surviving parent of Matthew Barnes | 1:18-cv-11880 (GBD)(SN) | Daniel Barnes and Russell Barnes, as co-Personal Representatives of the Estate of Yvette Mell | NY | Matthew Barnes |
| 5. | Alexander Blanding, individually, as surviving sibling of Harry J. Blanding | 1:18-cv-11880 (GBD)(SN) | Esther Jackson-Blanding, as the Personal Representative of the Estate of Alexander Blanding | CA | Harry J. Blanding |
| 6. | Michael Boccardi, individually, as surviving parent of Michael A. Boccardi | 1:18-cv-11880 (GBD)(SN) | Michelle Bronson as Personal Representative of the Estate of Michael R. Boccardi, deceased, the late parent of Michael A. | NY | Michael A. Boccardi |

|  |  |  | Boccardi |  |  |
|---|---|---|---|---|---|
| 7. | Anna M. Bright as Personal Representative of the Estate of William Bright, deceased, the late parent of Gary L. Bright | 1:18-cv-11885 (GBD)(SN) | Jennifer Love, as Personal Representative of the Estate of William Bright, deceased, the late parent of Gary L. Bright | FL | Gary L. Bright |
| 8. | Michelle L. Hornback, individually, as surviving sibling of Gary L. Bright | 1:18-cv-11885 (GBD)(SN) | Michael Hornback II, as Personal Representative of the Estate of Michelle L. Hornback, deceased, the late sibling of Gary L. Bright | IN | Gary L. Bright |
| 9. | Julio Masa Lebron, individually, as surviving parent of Ana M. Centeno | 1:18-cv-11885 (GBD)(SN) | Antonia Torres Ayala, as Personal Representative of the Estate of Julio Masa Lebron, deceased, the late parent of Ana M. Centeno | PR | Ana M. Centeno |
| 10. | Selena Cherry-Daniel as Personal Representative of the Estate of Ryan Cherry, deceased, the late child of Vernon P. Cherry | 1:18-cv-11885 (GBD)(SN) | Scott Donovan, Esq. as Personal Representative of the Estate of Ryan Cherry, deceased, the late child of Vernon P. Cherry | VA | Vernon P. Cherry |
| 11. | William Cintron-Lugos as the Personal Representative of the Estate of Edna Cintron, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edna Cintron | 1:18-cv-11888 (GBD)(SN); 1:04-cv-01076 (GBD)(SN) | Stephen P. Heuston, Esq. as the Personal Representative of the Estate of Edna Cintron, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edna Cintron | FL | Edna Cintron |
| 12. | William Cintron-Lugos a/k/a William Cintron, individually, as surviving spouse of Edna Cintron | 1:18-cv-11888 (GBD)(SN) 1:04-cv-01076 (GBD)(SN) | Stephen P. Heuston, Esq. as Personal Representative for the Estate of William Cintron-Lugos a/k/a William Cintron | FL | Edna Cintron |
| 13. | Elizabeth Cleary, individually, as surviving parent of Kevin F. Cleary | 1:18-cv-11888 (GBD)(SN) | Christopher James Cleary and Patricia Mary Cleary as Co-Personal Representative of the Estate of Elizabeth Cleary, deceased, the late parent of Kevin F. Cleary | NC | Kevin F. Cleary |

| | | | | | |
|---|---|---|---|---|---|
| 14. | Miguel Angel Rodriguez, individually, as surviving sibling of Jose Depena | 1:18-cv-12270 (GBD) (SN) | Yanet Del Carmen Rodriguez De La Cruz, as Personal Representative of the Estate of Miguel Angel Rodriguez, deceased, the late sibling of Jose Depena | DR | Jose Depena |
| 15. | Joan Aiello, individually, as surviving sibling of John E. Eichler | 1:18-cv-11904 (GBD)(SN) | Christopher Aiello as Personal Representative of the Estate of Joan Aiello | FL | John E. Eichler |
| 16. | Helen Ericson as the Personal Representative of the Estate of Ulf Ramm Ericson, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ulf Ramm Ericson | 1:18-cv-11904 (GBD)(SN) | Catherine Ericson as the Personal Representative of the Estate of Ulf Ramm Ericson, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ulf Ramm Ericson | CT | Ulf Ramm Ericson |
| 17. | Helen Carole Ericson, individually, as surviving spouse of Ulf Ramm Ericson | 1:18-cv-11904 (GBD)(SN) | Catherine Ericson, as Personal Representative of the Estate of Helen Carole Ericson, deceased, the late spouse of Ulf Ramm Ericson | CT | Ulf Ramm Ericson |
| 18. | Lori Feely as the Personal Representative of the Estate of Francis J. Feely, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Francis J. Feely | 1:18-cv-11904 (GBD)(SN) | Jennifer Artola as the Personal Representative of the Estate of Francis J. Feely, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Francis J. Feely | NY | Francis J. Feely |
| 19. | Patricia Feely, individually, as surviving parent of Francis J. Feely | 1:18-cv-11904 (GBD)(SN) | Alice Feely as Personal Representative of the Estate of Patricia Feely, deceased, the late parent of Francis J. Feely | NY | Francis J. Feely |
| 20. | Anne Marie Hartney as Personal Representative of the Estate of Margaret Colette Fegan, deceased, the late parent of Sean B. Fegan | 1:18-cv-11904 (GBD)(SN) | Peter Fegan as Personal Representative of the Estate of Margaret Colette Fegan, deceased, the late parent of Sean B. Fegan | NY | Sean B. Fegan |

5

| | | | | | |
|---|---|---|---|---|---|
| 21. | Chang Don Kim as Personal Representative of the Estate of Soh Ryang Kim, deceased, the late parent of Lawrence Don Kim | 1:18-cv-11904 (GBD)(SN) | Catherine Fleming as Personal Representative of the Estate of Soh Ryang Kim, deceased, the late parent of Lawrence Don Kim | WA | Lawrence Don Kim |
| 22. | Ellen Vigeant, individually, as surviving parent of Gary J. Frank | 1:18-cv-11926 (GBD)(SN) | Felicia Cappo and Laurie Vigeant, as co-Personal Representatives of the Estate of Ellen Vigeant | NJ | Gary J. Frank |
| 23. | Bonnie Freiman a/k/a Bonnie Freiman-Magnes, individually, as surviving parent of Brett O. Freiman | 1:18-cv-11926 (GBD)(SN); 1:04-cv-01076 (GBD)(SN) | Petagaye Allen as Personal Representative of the Estate of Bonnie Freiman a/k/a Bonnie Freiman-Magnes, deceased, the late parent of Brett O. Freiman | FL | Brett O. Freiman |
| 24. | Tyler W. Graf, individually, as surviving child of Edwin J. Graf, III | 1:18-cv-12381 (GBD)(SN); 1:04-cv-01076 (GBD)(SN) | Karen A. Parker as Personal Representative of the Estate of Tyler W. Graf, deceased, the late child of Edwin J. Graf, III | MD | Edwin J. Graf, III |
| 25. | Rozelda Bailey-Green, individually, as surviving parent of Derrick A. Green | 1:18-cv-11941 (GBD)(SN) | Kevin Anthony Green as Personal Representative of the Estate of Razelda Bailey-Green, deceased, the late parent of Derrick A. Green | CT | Derrick A. Green |
| 26. | David D. Henwood Jr., individually, as surviving parent of John Christopher Henwood Jr. | 1:18-cv-11941 (GBD)(SN) | David Henwood III as the Personal Representative of the Estate of David D. Henwood Jr. | CT | Christopher Henwood Jr. |
| 27. | David Cannella, individually, as surviving child of Judith Hofmiller | 1:18-cv-11941 (GBD)(SN) | Kenneth Alan Davidson as Personal Representative of the Estate of David Cannella, deceased, the late child of Judith Hofmiller | CT | Judith Hofmiller |
| 28. | Joanne Hrycak as the Personal Representative of the Estate of Marian R. Hrycak, deceased, and on behalf of all survivors and all legally entitled beneficiaries | 1:18-cv-11941 (GBD)(SN); 1:04-cv-01076 (GBD)(SN) | Gregory Hrycak as the Personal Representative of the Estate of Marian R. Hrycak, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family | NY | Marian R. Hrycak |

6

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | and family members of Marian R. Hrycak |  | members of Marian R. Hrycak |  |  |
| 29. | Joanne Hrycak, individually, as surviving spouse of Marian R. Hrycak | 1:18-cv-11941 (GBD)(SN); 1:04-cv-01076 (GBD)(SN) | Gregory Hrycak as Personal Representative of the Estate of Joanne Hrycak | NY | Marian R. Hrycak |
| 30. | Anne Juleff as the Personal Representative of the Estate of Thomas M. Kelly, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas Michael Kelly | 1:18-cv-11946 (GBD)(SN) | Anne K. Blauvelt as the Personal Representative of the Estate of Thomas M. Kelly, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas M. Kelly | NJ | Thomas M. Kelly |
| 31. | Anne K. Juleff, individually, as surviving spouse of Thomas M. Kelly | 1:18-cv-11946 (GBD)(SN) | Anne K. Blauvelt individually, as surviving spouse of Thomas M. Kelly | NJ | Thomas M. Kelly |
| 32. | Eileen Kennedy, individually, as surviving parent of Thomas Kennedy | 1:18-cv-11950 (GBD)(SN) | Brian Kennedy, as Personal Representative of the Estate of Eileen Kennedy, deceased, the late parent of Thomas Kennedy | VA | Thomas Kennedy |
| 33. | William Kennedy, individually, as surviving parent of Thomas Kennedy | 1:18-cv-11950 (GBD)(SN) | Brian Kennedy, as Personal Representative of the Estate of William Kennedy, deceased, the late parent of Thomas Kennedy | VA | Thomas Kennedy |
| 34. | Karen Barrett as Personal Representative of the Estate of Richard King, deceased, the late spouse of Lucille T. King | 1:18-cv-11950 (GBD)(SN) | Raymond Murray, as Personal Representative of the Estate of Richard King, deceased, the late spouse of Lucille T. King | NC | Lucille T. King |
| 35. | Michael B. Kuras, individually, as surviving sibling of Patricia A. Kuras | 1:18-cv-11950 (GBD)(SN); 1:04-cv-01076 (GBD)(SN) | Thomas Kuras as Personal Representative of the Estate of Michael B. Kuras, deceased, the late sibling of Patricia A. Kuras | NY | Patricia A. Kuras |
| 36. | Antoinette Lauria as the Personal Representative of the Estate of Stephen | 1:18-cv-11950 (GBD)(SN) | Catherine Lauria as the Personal Representative of the Estate of Stephen J. | FL | Stephen J. Lauria |

7

| | | | | | |
|---|---|---|---|---|---|
| | J. Lauria, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen J. Lauria | | Lauria, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen J. Lauria | | |
| 37. | Antoinette Lauria, individually, as surviving parent of Stephen J. Lauria | 1:18-cv-11950 (GBD)(SN) | Catherine Lauria as Personal Representative of the Estate of Antoinette Lauria, deceased, the late parent of Stephen J. Lauria | FL | Stephen J. Lauria |
| 38. | John A. Lenoir, individually, as surviving parent of John R. Lenoir | 1:18-cv-11950 (GBD)(SN) | Patrick Lenoir as Personal Representative of the Estate of John A. Lenoir, deceased, the late parent of John R. Lenoir | TN | John R. Lenoir |
| 39. | Jose Liz a/k/a Domingo Liz as Personal Representative of the Estate of Jose Liz, Sr., deceased, the late parent of Nancy Liz | 1:18-cv-12273 (GBD)(SN) | Jose Domingo Liz as Personal Representative of the Estate of Jose Liz, Sr., deceased, the late parent of Nancy Liz | NY | Nancy Liz |
| 40. | Deborah Maloney, individually, as surviving sibling of William A. Mathesen | 1:18-cv-12273 (GBD)(SN); 1:04-cv-01076 (GBD)(SN) | Tara Moloney as Personal Representative of the Estate of Deborah Moloney, deceased, the late sibling of William A. Mathesen | NY | William A. Mathesen |
| 41. | Stephen Mathesen, individually, as surviving sibling of William A. Mathesen | 1:18-cv-12273 (GBD)(SN) | Joanne Mathesen, as Personal Representative of the Estate of Stephen Mathesen | NY | William A. Mathesen |
| 42. | Robert T. Ogren, individually, as surviving parent of Joseph J. Ogren | 1:18-cv-12273 (GBD)(SN) | James Davies, as Personal Representative of the Estate of Robert T. Ogren, deceased, the late parent of Joseph J. Ogren | FL | Joseph J. Ogren |
| 43. | Dwain Mattson, individually, as surviving sibling of Dean E. Mattson | 1:18-cv-11964 (GBD)(SN) | Theresa M. Mattson as the Personal Representative of the Estate of Dwain Mattson, deceased, the late sibling of Dean E. Mattson | WI | Dean E. Mattson |
| 44. | Elizabeth ("Beth") McCarthy (nee McHale) as Personal Representative of the | 1:18-cv-11964 (GBD)(SN) | Elizabeth ("Beth") McCarthy (nee McHale) and Joseph McHale as co-Personal Representatives of | NY | Thomas McHale |

8

|  | | | | | |
|---|---|---|---|---|---|
|  | Estate of John F. McHale, deceased, the late parent of Thomas McHale |  | the Estate of John F. McHale |  |  |
| 45. | Judith McNeil, individually, as surviving sibling of Walter A. McNeil | 1:18-cv-11964 (GBD)(SN) | Kim McNeil-Hightower as Personal Representative of the Estate of Judith McNeil, deceased, the late sibling of Walter A. McNeil | NC | Walter A. McNeil |
| 46. | Queen Mercer as the Personal Representative of the Estate of Wesley Mercer, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Wesley Mercer | 1:18-cv-11965 (GBD)(SN) | Kimberly Lee King Anderson as the Personal Representative of the Estate of Wesley Mercer, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Wesley Mercer | VA | Wesley Mercer |
| 47. | Queen Mercer, individually, as surviving spouse of Wesley Mercer | 1:18-cv-11965 (GBD)(SN) | Kimberly Lee King Anderson as Personal Representative of the Estate of Queen Mercer, deceased, the late spouse of Wesley Mercer | VA | Wesley Mercer |
| 48. | Elaine Moccia as the co-Personal Representative of the Estate of Frank V. Moccia, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Frank V. Moccia | 1:18-cv-11965 (GBD)(SN) | Frank Moccia, Jr. as the co-Personal Representative of the Estate of Frank V. Moccia, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Frank V. Moccia | NY | Frank V. Moccia |
| 49. | Elaine Moccia, individually, as surviving spouse of Frank V. Moccia | 1:18-cv-11965 (GBD)(SN) | Frank Moccia, Jr. as Personal Representative of the Estate of Elaine Moccia, deceased, the late spouse of Frank V. Moccia | NY | Frank V. Moccia |
| 50. | Anne Muldowney, individually, as surviving parent of Richard Muldowney Jr. | 1:18-cv-11965 (GBD)(SN) | Mary Muldowney as Personal Representative of the Estate of Anne Muldowney, deceased, the late parent of Richard Muldowney Jr. | NY | Richard Muldowney Jr. |
| 51. | Ana Pena di | 1:18-cv- | Rafael Ottenwalder, as | NJ | Isidro D. |

9

| | | | | | |
|---|---|---|---|---|---|
| | Ottenwalder, individually, as surviving parent of Isidro D. Ottenwalder | 11966 (GBD)(SN) | Personal Representative for the Estate of Ana Pena di Ottenwalder, deceased the late parent of Isidro D. Ottenwalder | | Ottenwalder |
| 52. | Deborah Palmer as the Co-Personal Representative of the Estate of Orio J. Palmer, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Orio J. Palmer | 1:18-cv-11966 (GBD)(SN) | Dana M. Runfola as the Co-Personal Representative of the Estate of Orio J. Palmer, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Orio J. Palmer | NY | Orio J. Palmer |
| 53. | Deborah Palmer, individually, as surviving spouse of Orio J. Palmer | 1:18-cv-11966 (GBD)(SN) | Dana M. Runfola and Keith Palmer, as co-Personal Representatives for the Estate of Deborah Palmer, deceased, the late spouse of Orio J. Palmer | NY | Orio J. Palmer |
| 54. | J.A. Reynolds, individually, as surviving parent of Bruce A. Reynolds | 1:18-cv-11967 (GBD)(SN) | Aaron Andre Scott as Personal Representative of the Estate of J.A. Reynolds, deceased, the late parent of Bruce A. Reynolds | NY | Bruce A. Reynolds |
| 55. | Renee Baldwin, individually, as surviving sibling of Cecelia E. Richard | 1:18-cv-11967 (GBD)(SN) | Robert Lawson, as Personal Representative of the Estate of Renee Baldwin, deceased, the late sibling of Cecelia E. Richard | MD | Cecelia E. Richard |
| 56. | Mazie Lawson, individually, as surviving parent of Cecelia E. Richard | 1:18-cv-11967 (GBD)(SN); 1:04-cv-01076 (GBD)(SN) | Valerie Walls as the Personal Representative for the Estate of Mazie Lawson, deceased, the late parent of Cecelia E. Richard | MD | Cecelia E. Richard |
| 57. | Lynda Rivelli Wall, individually, as surviving sibling of Joseph Rivelli Jr. | 1:18-cv-11969 (GBD)(SN) | James G. Wall as Personal Representative of the Estate of Lynda M. Wall, deceased, the lates sibling of Joseph Rivelli Jr. | NY | Joseph Rivelli Jr. |
| 58. | Geraldina Oquindo, as the Personal Representative of the Estate of Arnulfo | 1:18-cv-11969 (GBD)(SN) | Elias Rodriguez, as Personal Representative of the Estate of Arnulfo Rodriguez, deceased, the | CT | Mayra V. Rodriguez |

|     |     |     |     |     |     |
| --- | --- | --- | --- | --- | --- |
|     | Rodriguez, individually, as surviving spouse of Mayra V. Rodriguez |     | late spouse of Mayra V. Rodriguez |     |     |
| 59. | Salvatore Romagnolo, individually, as surviving parent of Joseph M. Romagnolo | 1:18-cv-11969 (GBD)(SN) | Maria Romagnolo, as Personal Representative of the Estate of Salvatore Romagnolo, deceased, the late parent of Joseph M. Romagnolo | NY | Joseph M. Romagnolo |
| 60. | Antoinette Rubino as the Personal Representative of the Estate of Joanne Rubino, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joanne Rubino | 1:18-cv-11969 (GBD)(SN) | Anthony Rubino as the Personal Representative of the Estate of Joanne Rubino, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joanne Rubino | KY | Joanne Rubino |
| 61. | Antoinette Rubino, individually, as surviving parent of Joanne Rubino | 1:18-cv-11969 (GBD)(SN) | Anthony Rubino as Personal Representative of the Estate of Antoinette Rubino, deceased, the late parent of Joanne Rubino | KY | Joanne Rubino |
| 62. | Frank Saiya, individually, as surviving sibling of Edward Saiya | 1:18-cv-11969 (GBD)(SN) | Ruthellen Saiya, as Personal Representative of the Estate of Frank Saiya, deceased, the late sibling of Edward Saiya | KS | Edward Saiya |
| 63. | Carolina Salas, individually, as surviving spouse of Hernando R. Salas | 1:18-cv-11969 (GBD)(SN) | Carlos Salas, as the Personal Representative of the Estate of Carolina Salas, deceased, the late spouse of Hernando R. Salas | NY | Hernando R. Salas |
| 64. | John F. Signer, individually, as surviving sibling of Dianne Signer | 1:18-cv-11970 (GBD)(SN) | John T. Signer and James M. Signer as co-Personal Representatives of the Estate of John F. Signer, deceased, the late sibling of Dianne Signer | NY | John F. Signer |
| 65. | James R. Sullivan, individually, as surviving parent of Christopher P. Sullivan | 1:18-cv-11971 (GBD)(SN); 1:04-cv- | Robert J. Sullivan as Personal Representative of the Estate of James R. Sullivan, deceased, the late | NY | Christopher P. Sullivan |

11

| | | | | | |
|---|---|---|---|---|---|
| | | 01076 (GBD)(SN) | parent of Christopher P. Sullivan | | |
| 66. | Frances Swift, individually, as surviving parent of Thomas F. Swift | 1:18-cv-11971 (GBD)(SN) | Kathleen F. Deloughery, as Personal Representative of the Estate of Frances Swift, deceased, the late parent of Thomas F. Swift | NJ | Thomas F. Swift |
| 67. | James S. Swift (via POA: Peter T. Swift), individually, as surviving sibling of Thomas F. Swift | 1:18-cv-11971 (GBD)(SN) | Elisabeth L. Swift, as Personal Representative of the Estate of James S. Swift, deceased, the late sibling of Thomas F. Swift | NJ | Thomas F. Swift |
| 68. | Carmen Guzman, individually, as surviving parent of David Vera | 1:18-cv-12275 (GBD)(SN) | Migdalia Lopez, as Personal Representative of the Estate of Carmen Guzman, deceased, the late parent of David Vera | NY | David Vera |
| 69. | Clotilda Vola as the Personal Representative of the Estate of Maria P. Vola, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Maria P. Vola | 1:18-cv-12275 (GBD)(SN) | Anthony Vola as the Personal Representative of the Estate of Maria P. Vola, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Maria P. Vola | GA | Maria P. Vola |
| 70. | Clotilda Vola, individually, as surviving sibling of Maria P. Vola | 1:18-cv-12275 (GBD)(SN) | Anthony Vola and Brittney Vola, as Co-Personal Representatives of the Estate of Clotilda Vola, deceased, the late sibling of Maria P. Vola | GA; NY | Maria P. Vola |
| 71. | Clotilda Vola as Personal Representative of the Estate of John Vola, deceased, the late parent of Maria P. Vola | 1:18-cv-12275 (GBD)(SN) | Anthony Vola as Personal Representative of the Estate of John Vola, deceased, the late parent of Maria P. Vola | GA | Maria P. Vola |
| 72. | Clotilda Vola as Personal Representative of the Estate of Rita Vola, deceased, the late parent of Maria P. Vola | 1:18-cv-12275 (GBD)(SN) | Anthony Vola as Personal Representative of the Estate of Rita Vola, deceased, the late parent of Maria P. Vola | GA | Maria P. Vola |
| 73. | Andrew Watson, individually, as surviving parent of Kenneth Watson | 1:18-cv-12275 (GBD)(SN) | Glenn Watson, as the Personal Representative of the Estate of Andrew Watson, deceased, the late | NY | Kenneth Watson |

12

| | | | parent of Kenneth Watson | | |
|---|---|---|---|---|---|
| 74. | Norman Wells as the Personal Representative of the Estate of Chin Sun Pak Wells, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Chin Sun Pak Wells | 1:18-cv-12275 (GBD)(SN) | Kum Son Wells as the Personal Representative of the Estate of Chin Sun Pak Wells, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Chin Sun Pak Wells | OK | Chin Sun Pak Wells |
| 75. | Norman Wells, individually, as surviving parent of Chin Sun Pak Wells | 1:18-cv-12275 (GBD)(SN) | Chin Yong Wells, as the Personal Representative of the Estate of Norman Wells, deceased, the late parent of Chin Sun Pak Wells | OK | Chin Sun Pak Wells |
| 76. | Jack Zelmanowitz as the Personal Representative of the Estate of Abraham Zelmanowitz, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Abraham Zelmanowitz | 1:18-cv-12381 (GBD)(SN) | Evelyn Zelmanowitz as the Personal Representative of the Estate of Abraham Zelmanowitz, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Abraham Zelmanowitz | NY | Abraham Zelmanowitz |
| 77. | Jack Zelmanowitz, individually, as surviving sibling of Abraham Zelmanowitz | 1:18-cv-12381 (GBD)(SN) | Evelyn Zelmanowitz, as the Personal Representative of the Estate of Jack Zelmanowitz, deceased, the late sibling of Abraham Zelmanowitz | NY | Abraham Zelmanowitz |
| 78. | Benedict Salamone, individually, as surviving parent of John P. Salamone | 1:18-cv-11969 (GBD)(SN); 1:04-cv-01076 (GBD)(SN) | Sharon Salamone as Personal Representative of the Estate of Benedict Salamone, deceased, the late parent of John P. Salamone | SC | John P. Salamone |
| 79. | Carrie Tillman as the Personal Representative of the Estate of Veronique N. Bowers, deceased, and on behalf of all survivors and all legally entitled | 1:18-cv-11885 (GBD)(SN) | Dior P. Gordon as the Personal Representative of the Estate of Veronique N. Bowers, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family | SC | Veronique N. Bowers |

13

| | | | | | |
|---|---|---|---|---|---|
| | beneficiaries and family members of Veronique N. Bowers | | members of Veronique N. Bowers | | |
| 80. | Itauma Ette as the Personal Representative of the Estate of Sadie Ette, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Sadie Ette | 1:18-cv-11904 (GBD)(SN) | Benjamin Edokpayi as the Personal Representative of the Estate of Sadie Ette, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Sadie Ette | CA | Sadie Ette |
| 81. | Dora Murillo as the Personal Representative of the Estate of Mauricio Gonzalez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mauricio Gonzalez | 1:18-cv-11926 (GBD)(SN) | Evan V. Vandommelen-Gonzalez as the Personal Representative of the Estate of Mauricio Gonzalez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mauricio Gonzalez | CA | Mauricio Gonzalez |
| 82. | Anne McCloskey as the Personal Representative of the Estate of Katie M. McCloskey, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Katie M. McCloskey | 1:18-cv-11964 (GBD)(SN) | Noah R. McCloskey as the Personal Representative of the Estate of Katie M. McCloskey, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Katie M. McCloskey | IN | Katie M. McCloskey |
| 83 | Nelson Johnson as the Co-Personal Representative of the Estate of Ada L. Mason, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ada L. Mason | 1:18-cv-11964 (GBD)(SN) | Nelson Johnson as the Personal Representative of the Estate of Ada L. Mason, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ada L. Mason | MS | Ada L. Mason |
| 84. | John Doe 104, as the Personal Representative of the Estate of Yvette Mell, deceased, the late parent of Matthew | 1:04-cv-01076 (GBD)(SN) | Daniel Barnes and Russell Barnes, as co-Personal Representatives of the Estate of Yvette Mell | NY | Matthew Barnes |

14

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | Barnes |  |  |  |  |
| 85. | John Doe 124, as Personal Representative of the Estate of William Bright, deceased, the late parent of Gary L. Bright | 1:04-cv-01076 (GBD)(SN) | Jennifer Love, as Personal Representative of the Estate of William Bright, deceased, the late parent of Gary L. Bright | FL | Gary L. Bright |
| 86. | John Doe 100, as Personal Representative of the Estate of Julio Masa Lebron , deceased, the late parent of Ana M. Centeno | 1:04-cv-01076 (GBD)(SN) | Antonia Torres Ayala, as Personal Representative of the Estate of Julio Masa Lebron, deceased, the late parent of Ana M. Centeno | PR | Ana M. Centeno |
| 87. | John Doe 119 as the Personal Representative of the Estate of Dwain Mattson, deceased, the late sibling of  sibling of Dean E. Mattson | 1:04-cv-01076 (GBD)(SN) | Theresa M. Mattson as the Personal Representative of the Estate of Dwain Mattson, deceased, the late sibling of Dean E. Mattson | WI | Dean E. Mattson |
| 88. | John Doe 123, as Personal Representative of Renee Baldwin, deceased, the late sibling of Cecelia E. Richard | 1:04-cv-01076 (GBD)(SN) | Robert Lawson, as Personal Representative of the Estate of Renee Baldwin, deceased, the late sibling of Cecelia E. Richard | MD | Cecelia E. Richard |
| 89. | John Doe 115, being intended to designate the Personal Representative of the Estate of Veronique N. Bowers, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed)  and on | 1:04-cv-01076 (GBD)(SN) | Dior P. Gordon as the Personal Representative of the Estate of Veronique N. Bowers, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Veronique N. Bowers | SC | Veronique N. Bowers |

15

| | | | | | |
|---|---|---|---|---|---|
| | behalf of all survivors and all legally entitled beneficiaries and family members of Veronique N. Bowers | | | | |
| 90. | Anne McCloskey as the Personal Representative of the Estate of Katie M. McCloskey, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Katie M. McCloskey | 1:04-cv-01076 (GBD)(SN) | Noah R. McCloskey as the Personal Representative of the Estate of Katie M. McCloskey, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Katie M. McCloskey | IN | Katie M. McCloskey |

16